# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| BETTY L. GREEN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. CIV-09-1013-M |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

## ORDER

On February 26, 2010, United States Magistrate Judge Robert Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's application for disability insurance benefits under the Social Security Act. The Magistrate Judge recommended plaintiff's motion for default judgment be denied. The parties were advised of their right to object to the Report and Recommendation by March 15, 2010 and plaintiff filed her objection on March 4, 2010.

Upon de novo review, the Court:

(1) OVERRULES plaintiff's objection to the Report and Recommendation;

(2) ADOPTS the well-reasoned and thorough Report and Recommendation issued by the Magistrate Judge on February 26, 2010 [docket no. 30], and

(3) DENIES the plaintiff's motion for default judgment.

**IT IS SO ORDERED this 15th day of March, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE