# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BETTY L. GREEN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-09-1013-M |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

On February 26, 2010, United States Magistrate Judge Robert Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's application for disability insurance benefits under the Social Security Act. The Magistrate Judge recommended that the appeal of the administrative decision be affirmed due to plaintiff's failure to present valid arguments motion in support of her position. The parties were advised of their right to object to the Report and Recommendation by June 1, 2010 and plaintiff filed her objection on May 28, 2010 reasoning that she proffered briefs to be considered for judicial review. Having carefully reviewed this matter de novo, the Court finds that the ALJ appropriately considered the aforementioned matter.

Accordingly, the Court:

(1) OVERRULES plaintiff's objection to the Report and Recommendation;

(2) ADOPTS the well-reasoned and thorough Report and Recommendation issued by the Magistrate Judge on May 14, 2010 [docket no. 39], and

(3) AFFIRMS the Commissioner's decision.

**IT IS SO ORDERED this 28th day of May, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE